AO 109 (2/90) Seizure Warrant

FILED
08 APR -3 PM 2:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

one (1) 2006 BMW 530I, VIN: WBANE7352CM41382;
one (1) Apple MacBook Pro Notebook Computer, SN: W8739B60X92;
one (1) Olympus Digital Camera (kit), serial number D62511852.

**SEIZURE WARRANT**

CASE NUMBER:

'08 MJ 0681

TO: Department of Homeland Security, ICE and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Sonny Kilmer** (Affiant) who has reason to

believe that in the Southern District of California there is now

certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

A vehicle conveyance and electronic equipment which are proceeds of, and have been used in, the commission of violation of Title 18, United States Code, Section(s) 1591 and 1594, and is subject to seizure pursuant to Title 18, United States Code, Section(s) 1591 and 1594.

one (1) 2006 BMW 530I, VIN: WBANE7352CM41382;
one (1) Apple MacBook Pro Notebook Computer, SN: W8739B60X92;
one (1) Olympus Digital Camera (kit), serial number D62511852.

I am satisfied that the affidavit(s) and any recorded testimony established probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

**YOU ARE HEREBY COMMANDED** to seize within *30* days the property specified, serving this warrant and making the seizure (in the daytime-6:00 A.M. to 10:00 P.M.) (at any time in the day or night, as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of

the property seized and promptly return this warrant to the United States Magistrate Judge.
U.S. Judge or Magistrate at

3/5/08 @ 1:25 pm at San Diego, California
Date and Time Issued City and State

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| U.S. MAGISTRATE JUDGE | | |

INVENTORY MADE IN THE PRESENCE OF CATHY ANN BENCIVENGO

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No Seizure

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**Subscribed, sworn to, and returned before me this date.**

U.S. Judge or Magistrate

Date 4/2/08

CATHY ANN BENCIVENGO